UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: WILDING, DAVID B.
HANDO-WILDING, JANICE L.

Case No. 10-20359 MDM
Chapter 7

Debtors

TRUSTEE'S STATEMENT OF ABANDONMENT

Pursuant to the Notice of Trustee's Intent to Abandon Property of the Estate, which was duly mailed to creditors and parties in interest, and no timely objections having been filed and sustained, the Trustee hereby abandons the Estate's interest in the following property:

Homestead; Cash ($0); Oshkosh Central Credit Union Personal and Business Checking & Savings; M&I Bank Checking; Sovreign Bank Checking; Household Goods and Furnishings; Clothing; 2-.22 Rifles; 2-.22 Pistols; 2-.38 Pistols; Old Rifle; Heaven Bound Airshow Merchandise LLC; Freedom Processing LLC; Tax Return for 2009; Husband's Personal Injury; 2000 Cadillac Seville; 2001 Chevy Tahoe; 1998 Ford Expedition; Store Fixtures within the LLC.

Dated this 5th day of November, 2010.

/s/_____
Larry Liebzeit, Trustee

Larry Liebzeit, Trustee
512 W. College Ave.
Appleton, WI 54911
tel:920-739-6307
fax:920-739-3019