UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: WILDING, DAVID B.
HANDO-WILDING, JANICE L.

Debtors

Case No. 10-20359 MDM
Chapter 7

## APPLICATION BY TRUSTEE TO EMPLOY HAWKINS, ASH, BAPTIE & CO. LLP AS ACCOUNTANT FOR THE TRUSTEE

NOW COMES Larry Liebzeit, Trustee of the above-captioned case, who applies to the Court for authority to employ a professional person, pursuant to 11 U.S.C. §327(a), and who in support states as follows:

1. On January 13, 2010, an order for relief under Chapter 7 of the Bankruptcy Code was entered in this case.

2. The undersigned is the qualified and acting trustee in this case.

3. The Trustee desires to employ William O. Evenson in the professional capacity of Accountant for the Trustee.

4. The professional services to be rendered and the estimated cost for each such service are as follows: Prepare the 2010 and future tax returns for the Bankruptcy Estate, if necessary.

5. The total fees for said professional services shall not exceed $800.00 for the first year filed and $500.00 for each subsequent year, without further order of the Court.

Larry Liebzeit, Trustee
512 W. College Ave.
Appleton, WI 54911
Tel: 920-739-6307
Fax: 920-739-3019

6. Applicant understands and agrees to keep detailed records of time and expenses.

7. William O. Evenson of Hawkins, Ash, Baptie & Co. LLP is experienced in the matters for which Applicant is to be employed and is qualified to represent the Trustee.

8. For these reasons, the Trustee believes it is in the best interests of the Estate to employ the above-described professional to perform the services set forth at the cost set forth.

9. The Trustee has read the professional's Affidavit of Disinterest made pursuant to F.R.B.P. 2014 and to the best of the Trustee's knowledge believes the Affidavit to be true and correct.

10. No fees shall be paid to said professional except upon proper application to and approval by the Court.

WHEREFORE, the Trustee requests an Order authorizing the Trustee to employ the above-referenced professional in accordance with the terms and provisions of this application. The Trustee does not intend to file a brief in connection with this Application, but reserves the right to file a responsive brief, if necessary.

Dated this 26th day of April, 2011.

Larry Liebzeit, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re: WILDING, DAVID B.
WILDING, JANICE L.     Case No. 10-20359 MDM
Chapter 7
Debtor(s).

---

AFFIDAVIT OF DISINTEREST
PURSUANT TO BANKRUPTCY RULE 2014(a)

---

STATE OF WISCONSIN     )
                                    )    SS.
COUNTY OF BROWN        )

NOW COMES William O. Evenson who makes the following statement under oath:

1. I am an accountant authorized to practice my profession under the laws of the State of Wisconsin.

2. I am an employee or am otherwise associated with the firm of Hawkins, Ash, Baptie & Co. LLP, located at 400 N. Reid St., Ste. V, De Pere, WI 54115.

3. The trustee has asked that I perform the professional services as set forth on the trustee's application for employment on behalf of the estate. I am experienced and qualified in the matters for which I am to be employed as set forth in the Application.

4. Neither I nor the firm with which I am associated:

    a. are a creditor, an equity security holder or an insider of the debtor;

    b. are an investment banker for any outstanding security of the debtor;

    c. are or have been, within three years before the date of the filing of the petition in this case, an investment banker for securities of the debtor, or an attorney

  for an investment banker in connection with securities of the debtor;

  d.  are or have been, within the two years before the date of the filing of the petition in this case, a director, officer, or employee of the debtor or an investment banker specified in subparagraph b or c; and

  e.  have any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker specified in subparagraph b or c, or for any other reason.

5. To the best of my knowledge, neither I nor the firm with which I am associated hold or represent any interest adverse to the interest of the estate. Neither I nor the firm with which I am associated has any connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as described as follows: other tax returns filed by the trustee in other cases

6. Neither I nor the firm with which I am associated has shared or agreed to share and will not share or agree to share, any compensation paid to it with any other person. Neither I nor the firm with which I am associated has received a retainer in this case.

7. The average hourly rate charged by the firm is as follows: $179.00 per hour. Applicant's rate is $260.00 per hour. Total fees shall not exceed $800.00 for the first year filed and $500.00 for each subsequent year without prior approval by the court I understand that I must keep detailed records of time and expenses.

Dated this 5th day of April, 2011.

_____
William O. Evenson

Subscribed and sworn to before me
this 5th day of April, 2011.

_____
Notary Public, State of Wisconsin
My commission: 6-24-12